IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ELISE MURPHY,** | ) |
| Plaintiff, | ) |
| | )      8:12cv77 |
| vs. | ) |
| | )      ORDER |
| **UNITED OF OMAHA LIFE INSURANCE,** | ) |
| Defendant. | ) |

This case is before the court on the unopposed Motion for Order Amending Progression Order (#24). The motion will be granted and the Order for Progression (#16) is amended as follows:

**IT IS ORDERED:**

1. On or before **December 28, 2012**, the parties shall file their respective motions and briefs for resolution of this case based on the administrative record.

2. Responses to the opposing party's motion and brief shall be filed on or before **January 28, 2013.**

Dated this 31st day of October 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge