# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELISE MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 8:12CV77 |
| vs. ) | |
| ) | |
| UNITED OF OMAHA LIFE ) | ORDER |
| INSURANCE, ) | |
| ) | |
| Defendant. ) | |

This case is before the court on the Joint Motion to Extend Deadlines (#26). The parties request the extension to allow time to continue settlement negotiations. The motion will be granted and the Order of Progression (#16) is amended as follows:

**IT IS ORDERED:**

1. On or before **January 11, 2013**, the parties shall file their respective motions and briefs for resolution of this case based on the administrative record.

2. Responses to the opposing party's motion and brief shall be filed on or before **February 11, 2013.**

Dated this 27th day of December 2012.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge