IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELISE MURPHY, | ) | CASE NO. 8:12-CV-00077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL WITH** |
| | ) | **PREJUDICE** |
| UNITED OF OMAHA LIFE INSURANCE, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 29).  Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint is dismissed, with prejudice.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

DATED:  February 4, 2013          BY THE COURT:

                                  s/ Joseph F. Bataillon
                                  United States District Court Judge